IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DARRINGTON, *et al.*, | CIVIL ACTION |
| *Plaintiffs*, | NO. 18-04265 |
| v. | |
| MILTON HERSHEY SCHOOL, | |
| *Defendant*. | |

# ORDER

**AND NOW**, this 3rd day of April, 2019, after consideration of Plaintiffs' Motion for Leave to File an Amended Complaint, (ECF No. 11), Defendant's Response, (ECF No. 14), and Plaintiffs' Reply, (ECF No. 15), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.