IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADLEY G. DARRINGTON and VAL DARRINGTON,<br><br>        *Plaintiffs*,<br><br>v.<br><br>MILTON HERSHEY SCHOOL,<br><br>        *Defendant*. | CIVIL ACTION<br>NO. 18-4265 |

## **ORDER**

**AND NOW**, this 23rd day of July, 2019, upon consideration of Defendant's Second Motion to Compel Arbitration (ECF No. 21), Plaintiffs' Response (ECF No. 22) and Defendant's Reply (ECF No. 25), it is hereby **ORDERED** that the Motion is **DENIED**. Defendant shall answer or otherwise respond to Plaintiffs' Complaint on or before **August 6, 2019**.

                                                BY THE COURT:

                                                ***/s/ Gerald J. Pappert***
                                                GERALD J. PAPPERT, J.