IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRADLEY G. DARRINGTON and VAL
DARRINGTON,

Plaintiffs,

v.

MILTON HERSHEY SCHOOL,

Defendant.

CIVIL ACTION
NO. 18-4265

## ORDER

**AND NOW**, this  7th   day of May, 2020, it is hereby **ORDERED** that a

telephone status conference shall be held in this matter on May 14, 2020, at 10:30 a.m.

Counsel for Plaintiff shall provide a telephonic conference number that all parties and the

Court can dial into at the time of the call.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.