IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| BRADLEY G. DARRINGTON and VAL DARRINGTON, | |
|---|---|
| Plaintiffs, | CIVIL ACTION |
| v. | NO. 18-4265 |
| MILTON HERSHEY SCHOOL, | |
| Defendant. | |

## ORDER

**AND NOW**, this 26th day of May, 2020, upon review of the opinion of the United States Court of Appeals for the Third Circuit dated May 6, 2020, and after a conference call held with counsel, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Compel Arbitration and Stay Proceedings is **GRANTED**;

2. Plaintiffs shall arbitrate their statutory discrimination claims against Defendant in the pending arbitration already filed on their behalf, AAA Case No. 01-18-0003-2821; and

3. This matter shall be **STAYED** and placed in **CIVIL SUSPENSE** pending the outcome of the arbitration.

                                            **BY THE COURT:**

                                            /s/ Jeffrey L. Schmehl
                                            Jeffrey L. Schmehl, J.