UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 19-2754

_____

BRADLEY G. DARRINGTON; VAL DARRINGTON,

v.

MILTON HERSHEY SCHOOL,
Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 5:18-cv-04265)
District Judge: Honorable Gerald J. Pappert

_____

Argued: April 1, 2020

_____

Before: GREENAWAY, JR., PORTER, and MATEY,
*Circuit Judges*.

_____

JUDGMENT

_____

This cause came to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on April 1, 2020. On consideration whereof, it is now ORDERED and ADJUDGED by this Court that the District Court's order dated July 23, 2019, is hereby REVERSED and REMANDED. All of the above in accordance with the Opinion of this Court. Costs shall be taxed against Appellees, Bradley G. Darrington and Val Darrington.

ATTEST:


s/Patricia S. Dodszuweit
Clerk

Dated: May 6, 2020



Costs taxed in favor of Appellant(s) (Party Name, et al.) as follows:

| | |
|---|---|
| Brief | $64.40 |
| Appendix | $98.80 |
| Reply Brief | $ 39.90 |
| Docketing Fee $ | $500.00 |


| | |
|---|---|
| TOTAL | $705.10 |


Certified as a true copy and issued in lieu of a formal mandate on ___May 29, 2020___

**Teste:** *Patricia A. Dodzuweit*

**Clerk, U.S. Court of Appeals for the Third Circuit**