IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRADLEY G. DARRINGTON and VAL
DARRINGTON,

       Plaintiffs,

   v.

MILTON HERSHEY SCHOOL,

       Defendant.

CIVIL ACTION
NO. 18-4265

**ORDER**

   **AND NOW**, this  21st   day of March, 2023, upon receipt of correspondence from

counsel, it is hereby **ORDERED** as follows:

1.  This matter is **REMOVED** from **SUSPENSE**; and

2.  The Clerk shall **CLOSE** this case.

.

          **BY THE COURT:**


          /s/ Jeffrey L. Schmehl
          Jeffrey L. Schmehl, J.